# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

WILLIAM R. ROSA, on behalf of himself and all others similar situated,

                    Plaintiff,                    22 **CIVIL** 4720 (LJL)

       -against-                               **JUDGMENT**

MANDARICH LAW GROUP, LLP and JOHN DOES 1-25,

                  Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 29, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           March 01, 2024

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                     **BY:**

                                                  **Deputy Clerk**